**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTONIO EDWARDS, | No. 4:19-CV-00039 |
| Plaintiff, | (Judge Brann) |
| v. | |
| WARDEN OF LEWISBURG, *et al.*, | |
| Defendants. | |

## ORDER

### APRIL 23, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS
HEREBY ORDERED** that:

1.  Defendants' motion to dismiss, Doc. 40, is **GRANTED**;

2.  Plaintiff's amended complaint, Doc. 26, is **DISMISSED WITHOUT
    PREJUDICE**; and

3.  Plaintiff shall within thirty (30) days from the date of this Order file a
    second amended complaint that addresses the deficiencies identified in
    the Court's Memorandum Opinion.  Failure to comply will be deemed
    abandonment of this action, and Plaintiff's action will be dismissed and
    closed without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge